| Probation Form 22 | United States District Court<br>Federal Probation System<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)*<br>5:13-MJ-1808-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

FILED
JUL 2 0 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

FILED
JUN 29 PM 1:37

| NAME OF OFFENDER<br>**Rene Perez**<br>**El Paso, Texas** | DISTRICT<br>**EASTERN NORTH CAROLINA** | DIVISION<br>**Western** |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>**Robert B. Jones, Jr.** | |
| | DATES OF SUPERVISION → | FROM 3/27/2015    TO 3/26/2016 |

JUDGE FRANK MONTALVO

OFFENSE 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Western District of Texas upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

**EP15CR1060**

June 9, 2015
Date

_____
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HERBY ORDERED that jurisdiction over the above named offender be accepted and assumed by this court from and after the entry of this order.

6/29/15
Effective Date

_____
United States Judge

Case 5:13-mj-01808-RJ   Document 30   Filed 07/20/15   Page 1 of 1